AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-mj-00055 |
| Jennifer Horvath | ) Assigned to: Judge Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign Date: 3/10/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2) (D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) Other offenses on capitol grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*/s/ Anna L Rinner*

*Complainant's signature*

Anna Rinner, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/10/2022

*Judge's signature*

City and state:   Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*