AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00055 |
| Jennifer Horvath | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 3/10/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jennifer Horvath,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) (D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) Other offenses on capitol grounds.

Date: 03/10/2022

*Issuing officer's signature*
Zia M. Faruqui
2022.03.10 18:11:25 -05'00'

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/10/2022, and the person was arrested on *(date)* 05/03/2022
at *(city and state)* Denver, Colorado.

Date: 05/03/2022

*Arresting officer's signature*

SA Cally Evonoff
*Printed name and title*