**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
|  | : No.: 22-mj-55-ZMF |
| v. | : |
|  | : |
| JENNIFER HORVATH, | : |
|  | : |
| *Defendant*. | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher Macchiaroli of Silverman, Thompson, Slutkin, & White, LLC as Criminal Justice Act appointed counsel for Defendant Jennifer Horvath in the above-referenced matter.

Dated: May 13, 2022                              Respectfully submitted,

                                                                    **SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

                                                                    /s/ Christopher Macchiaroli
                                                                    Christopher Macchiaroli (D.C. Bar No. 491825)
                                                                    1750 K Street, NW, Suite 810
                                                                    Washington, D.C. 20006
                                                                    Telephone: (202) 539-2444
                                                                    Facsimile:  (410) 547-2432
                                                                    Email: cmacchiaroli@silvermanthompson.com

                                                                    *Counsel for Defendant*