UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL NO. 1:22-cr-192 (BAH) |
| v. | : | |
| | : | |
| JENNIFER HORVATH, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## REPORT ON PHOTO AND VIDEO EVIDENCE SUPPORTING THE STATEMENT OF OFFENSE

Pursuant to the Court's Order of July 19, 2022, the United States hereby submits this report on the photo and video evidence supporting the Statement of Offense in this case.

| Exhibit No. | Source | Length | Relevant Timestamps | Location Depicted |
|---|---|---|---|---|
| 1 | Video posted to Horvath's Rumble Account | 7:22 | entire video | NW Lawn, approximately 1:45 p.m. |
| 2 | Screen image from Horvath's Rumble Account | n/a | n/a | NW Lawn, approximately 1:45 p.m. |
| 3 | Cell Phone Video – Wes Croy | 4:48 | entire video; Horvath cannot be seen, but can be heard throughout | NW Lawn, approximately 1:45 p.m. |
| 4 | MPD Officer D.H. Body-Worn Camera | 3:55 | entire video; Horvath can be seen at 2:25-3:42 | NW Lawn, 1:57 p.m. – 2:01 p.m. |
| 5 | Screenshot from Officer D.H. Body-Worn Camera | n/a | n/a | NW Lawn, 2:00 p.m. |
| 6 | Cell Phone Video – Wes Croy | 0:27 | entire video | Scaffolding near NW Steps, approx. 2:10 p.m. |
| 7 | Open-Source Video | 44:04 | 6:19 - 22:30; Horvath can be seen at 12:36 -13:41, 18:03-18:09, 19:08-19:09, and 21:29 - 22:20 | NW Lawn, Steps, Courtyard, Senate Wing Door, and Crypt, approx. 2:11 p.m. – 2:28 p.m. |
| 8 | CCTV Video – Senate Wing Door | 00:49 | entire video | Senate Wing Door (Interior), 2:18.15 |

1

| | | | | p.m. |
|---|---|---|---|---|
| 9 | Screenshot from Exhibit 8 | n/a | n/a | Senate Wing Door (Interior), 2:18 p.m. |
| 10 | Screenshot from Exhibit 7 | n/a | n/a | Hallway Near Conference Room S145, approx. 2:19 p.m. |
| 11 | Screenshot from Exhibit 7 | n/a | n/a | Hallway Near Conference Room S145, approx. 2:19 p.m. |
| 12 | Screenshot from Exhibit 7 | n/a | n/a | Crypt, approx. 2:23 p.m. |
| 13 | Cell Phone Video – Wes Croy | 3:14 | entire video | Crypt, approx. 2:23 p.m. |
| 14 | Screenshot From CCTV Video | n/a | n/a | Crypt, approx. 2:23 p.m. |
| 15 | CCTV Video – House Wing Door | 3:43 | entire video, Horvath can be seen at 0:38 – 0:48 | House Wing Door, 2:28 p.m. |
| 16 | Cell Phone Video – Wes Croy | 1:47 | entire video, Horvath can be seen at 0:20 – 0:40 | Cove near Memorial Door, approx. 2:37 p.m. |
| 17 | Screenshot From Exhibit 16 | n/a | n/a | Cove near Memorial Door, approx. 2:38 p.m. |
| 18 | Video posted to Horvath's Rumble Account | 2:37 | entire video | East Side of Capitol Grounds Near Rotunda Door, approx. 3:00 – 3:15 p.m. |
| 19 | Cell Phone Video – Wes Croy | 1:26 | entire video | East Side of Capitol Grounds Near Rotunda Door, approx. 3:20 p.m. |
| 20 | CCTV Video – Rotunda Door | 4:59 | entire video; Horvath can be seen from 0:07 - 0:37 | Rotunda Door (Interior), 3:21 p.m. |
| 21 | Screenshot from Exhibit 20 | n/a | n/a | Rotunda Door (Interior), 3:21 p.m. |
| 22 | MPD Officer T.B. Body-Worn Camera | 1:09 | entire video; Horvath can be seen at 0:20 – 1:03 | Rotunda, 3:24 p.m. |
| 23 | Screenshot from Exhibit 22 | n/a | n/a | Rotunda, 3:24 p.m. |

The government and defendant Jennifer Horvath believe that all such photo and video

2

evidence may be made publicly available without restriction.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:   */s/ Jordan A. Konig*
      JORDAN A. KONIG
      Supervisory Trial Attorney
      U.S. Department of Justice
      Detailed to the U.S. Attorney's Office
      For the District of Columbia
      P.O. Box 55, Washington, D.C. 20044
      202-305-7917 (v) / 202-514-5238 (f)
      Jordan.A.Konig@usdoj.gov