IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : No. 22-cr-192-BAH <br> : |
| v. | : <br> : |
| JENNIFER HORVATH, | : <br> : |
| *Defendant*. | : <br> : |

**DEFENDANT'S *UNOPPOSED* MOTION FOR
EXTENSION OF TIME TO FILE SENTENCING MEMORANDA**

Defendant, Jennifer Horvath, by and through her undersigned counsel, moves this Court for a brief extension of time on the current deadline for the filing of sentencing memoranda, and states as follows:

1. On August 12, 2022, Ms. Horvath entered a guilty plea to one count of Parading, Demonstrating, or Picketing in a Capitol Building, a petit misdemeanor offense, in violation of 40 U.S.C § 5104(e)(2)(G), which carries a maximum period of incarceration of six months.

2. A sentencing hearing has been scheduled in this matter for November 4, 2022 at 9:15 a.m. Pursuant to this Court's Standing Order, the parties' sentencing memorandum are due to be filed with the Court on or before Friday, October 21, 2022.

3. Undersigned counsel will be in trial beginning October 17, 2022 (*United States v. Michael Riley*, 21-cr-628-ABJ) and requests a brief extension of time until Monday, October 24, 2022 in order to review the final Presentence Report with the Defendant once issued by the United States Probation Office and to finalize and file the Defendant's sentencing memorandum with the Court.

4. On October 14, 2022, undersigned counsel conferred with the assigned prosecutor for this matter and the Government does not oppose the requested relief in this Motion so long as both

parties' sentencing memorandum are now due on Monday, October 24, 2022, which undersigned counsel believes is a completely appropriate request.

For all these reasons, the Defendant respectfully requests that the Court enter the Proposed Order setting Monday, October 24, 2022 as the deadline for the filing of the parties' sentencing memoranda.

Dated: October 15, 2022

                                                  Respectfully submitted,

                                                  s/ Christopher Macchiaroli
                                                  Christopher Macchiaroli (D.C. Bar No. 491825)
                                                  Silverman, Thompson, Slutkin & White LLC
                                                  1750 K Street, NW, Suite 810
                                                  Washington, D.C. 20006
                                                  Telephone: (202) 539-2444
                                                  Facsimile:  (410) 547-2432
                                                  Email: cmacchiaroli@silvermanthompson.com

                                                  *Counsel for Defendant Jennifer Horvath*