UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 1:22-cr-192 (BAH) |
| | : | |
| JENNIFER HORVATH, | : | |
| | : | |
| Defendant. | : | |

## REPORT ON VIDEO EVIDENCE SUPPORTING
## THE GOVERNMENT'S SENTENCING MEMORANDUM

The United States hereby submits this report on the photo and video evidence supporting its Sentencing Memorandum, ECF No. 30.

| Exhibit No. | Source | Length | Relevant Timestamps | Location Depicted |
| --- | --- | --- | --- | --- |
| 1 | Video Posted to Horvath's Rumble Account | 7:22 | n/a | NW Lawn, 1:32 p.m. |
| 2 | MPD Officer D.H. Body-Worn Camera | 3:55 | entire video; Horvath can be seen at 2:40-3:25 | NW Lawn, 1:57 p.m. – 2:01 p.m. |
| 3 | Cell Phone Video Taken By Horvath | 4:25 | n/a | Senate Wing Door and Path to Crypt, 2:18 – 2:22 p.m. |
| 4 | Open-Source Video | 44:04 | 6:19 – 22:30; Horvath can be seen at 12:36-13:38, 18:03-18:09, 19:08-19:09, and 21:29-22:30 | NW Lawn, Steps, Courtyard, Senate Wing Door, Crypt, approx. 2:11 – 2:28 p.m. |
| 5 | Cell Phone Video Taken By Wes Croy | 1:47 | Horvath can be seen at 00:20 – 00:42 | Hallway near Memorial Door, approx. 2:34 p.m. |
| 6 | Cell Phone Video Taken By Horvath | 0:58 | | East Plaza Near Rotunda Doors 3:05 p.m. |

1

| 7 | Cell Phone Video Taken By Wes Croy | 1:26 | entire video | Rotunda Doors, approx. 3:20 p.m. |
| 8 | CCTV Video – Rotunda Doors | 4:59 | entire video; Horvath can be seen from 0:06 - 0:38 | Rotunda Door (Interior), 3:20 p.m. – 3:25 p.m. |
| 9 | MPD Officer T.B. Body-Worn Camera | 1:09 | entire video; Horvath can be seen at 0:19 – 1:03 | Rotunda, 3:24 p.m. – 3:25 p.m. |

The government believes that all such photo and video evidence may be made publicly available without restriction.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:   */s/ Jordan A. Konig*
    JORDAN A. KONIG
    Supervisory Trial Attorney
    U.S. Department of Justice
    Detailed to the U.S. Attorney's Office
    For the District of Columbia
    P.O. Box 55, Washington, D.C. 20044
    202-305-7917 (v) / 202-514-5238 (f)
    Jordan.A.Konig@usdoj.gov