IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    No. 22-cr-192 (BAH) <br> : |
| v. | : <br> : |
| JENNIFER HORVATH, | : <br> : |
| *Defendant*. | : <br> : |

**DEFENDANT'S NOTICE OF FILING RESPONSE
TO COURT'S OCTOBER 30, 2022 MINUTE ORDER**

Pursuant to the Court's October 30, 2022 Minute Order, Defendant Jennifer Horvath states that she does not oppose "the video evidence included in the Government's [32] Report on Video Evidence In Support of the Government's Sentencing Memorandum" being made "publicly available."

Dated: November 1, 2022          Respectfully submitted,

                                                     s/ Christopher Macchiaroli
                                                     Christopher Macchiaroli (D.C. Bar No. 491825)
                                                     Silverman, Thompson, Slutkin & White LLC
                                                     1750 K Street, NW, Suite 810
                                                     Washington, D.C. 20006
                                                     Telephone: (202) 539-2444
                                                     Facsimile:  (410) 547-2432
                                                     Email: cmacchiaroli@silvermanthompson.com

                                                     *Counsel for Defendant Jennifer Horvath*